# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
**(Richmond Division)**

| | | |
|---|---|---|
| FLAGSTAR BANK, FSB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:21-cv-568-DJN |
| | ) | |
| KEITER, STEPHENS, | ) | |
| HURST, GARY & SHREAVES, | ) | |
| A PROFESSIONAL CORPORATION | ) | |
| d/b/a KEITER CPA, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS

Defendant Keiter, Stephens, Hurst, Gary & Shreaves, A Professional Corporation d/b/a Keiter CPA ("Keiter"), by counsel, hereby moves to dismiss the Complaint, in its entirety and with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for its grounds for this relief, Keiter relies on the memorandum filed this day in support, including the exhibits filed therewith.

                                                    **KEITER, STEPHENS, HURST, GARY**
                                                    **& SHREAVES, P.C. d/b/a KEITER CPA**

                                        By:      /s/ James W. Walker
                                                    James W. Walker, Esq. (495552)
                                                    Emma C. Greger, Esq. (94770)
                                                    O'HAGAN MEYER, PLLC
                                                    411 E. Franklin Street, Suite 500
                                                    Richmond, Virginia 23219
                                                    (804) 403-7100 – Telephone
                                                    (804) 403-7110 – Facsimile
                                                    jwalker@ohaganmeyer.com
                                                    egreger@ohaganmeyer.com
                                                    *Counsel for the Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November, 2021, I served a copy of the foregoing motion on all counsel of record via the Court's electronic filing system, via electronic mail, and via U.S. Mail, postage prepaid.

        /s/ James W. Walker
        Counsel for the Defendant